PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **David Moro**                                              Docket No. **09-00137-1**

### Petition for Action on Conditions of Pretrial Release

      COMES NOW **Stephanie Ferruggia** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **David Moro**, who was placed under pretrial release supervision by the **Honorable Esther Salas** sitting in the Court at Newark, New Jersey, on November 7, 2007

**1. Pretrial Services Supervision**
**2. Travel restricted to NJ and New York unless otherwise approved by Pretrial Services**
**3. Surrender passport/make no new applications**
**4. Maintain residence at 315 Quaker Road, Pomona, NY**

On July 25, 2008, the Honorable Esther Salas modified the defendant's bail conditions permitting him to change his residence to 124B Camp Hill Road, Pomona, NY.

On March 16, 2009 the defendant appeared before Your Honor for the purpose of arraignment and was ordered to remain on bail under the same conditions as previously set by Judge Salas.

On June 16, 2009, bail was modified by the Honorable Esther Salas, permitting the defendant to post the land (Lot #1, Lot #2, and Lot #3 in Hudson Heights Subdivision, North Creek, New York) in substitution for the land previously posted ((Lot #7, Lot #8 in Hudson Heights Subdivision, North Creek, New York).

      Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER the added conditions of complying with the Order of Protection issued on October 21, 2009 and mental health treatment as deemed necessary by Pretrial Services.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 16 day of November 2009 and ordered filed and made a part of the records in the above case. | Executed on 11/12/09 |
| _____ Honorable William H Walls U.S. District Judge | _____ Stephanie Ferruggia U.S. Pretrial Services Officer |