NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES, | : | |
| Plaintiff, | : | **ORDER** |
| v. | : | Crim. No. 09-137 (WHW) |
| DAVID MORO, | : | |
| Defendant, | : | |

**Walls, Senior District Judge**

It is on this 20th day of January, 2010:

ORDERED that the Government will produce Giglio and Jencks materials to the Defendants five (5) days before trial.

ORDERED that the Government will produce summaries of any opinion testimony to be offered during its case in chief to the Defendant twenty (20) days before trial.

ORDERED that the Government will produce any 404(b) evidence to the Defendant ten (10) days before trial.

ORDERED that, pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure, the Defendant will provide reciprocal discovery to the Government, that is, a reasonable opportunity to discover, inspect, and copy materials that the Defendant intends to use at trial.

NOT FOR PUBLICATION

    ORDERED that trial on this matter will commence on June 8th, 2010 at 10:00am.

                                             **s/ William H. Walls**
                                             United States Senior District Judge