**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES, | : | |
| Plaintiff, | : | **ORDER** |
| v. | : | Cr. No. 09-137 (WHW) |
| DAVID A. MORO, | : | |
| Defendant. | : | |

**Walls, Senior District Judge**

For the reasons set forth in the accompanying Opinion,

It is, on this 21st day of September, 2010:

ORDERED that Plaintiff's Motion to use Defendant's proffer statements at trial is GRANTED.

s/ William H. Walls
United States Senior District Judge