UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No. 09-137-1 |
| -vs- | : | |
| DAVID MORO | : | <u>MODIFICATION OF BAIL CONDITIONS</u> |

It is on this 16th day of November 2010 ORDERED:

That all conditions of bail previous imposed upon the defendant be continued with the added conditions

1. Travel restricted to New York and New Jersey.
2. Surrender all passports and travel documents to Pretrial Services and not apply for new travel documents.
3. Defendant to participate in electronic monitoring w/ home detention. (Defendant is allowed to leave his residence for employment, education, religious services, medical, substance abuse, mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the pretrial services office or supervising officer or the Court.)

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
WILLIAM H. WALLS, U.S.S.D.J.

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
Loretta Minott, Deputy Clerk

## NOTICE OF PENALTIES APPLICABLE
## TO THE VIOLATION OF CONDITION OF RELEASE

Title 18, United States Code, Section 3146(c) provides that a warrant for the arrest of a defendant will be issued immediately upon any violation of the conditions of release. Conditions of release include those contained in the Appearance Bond the defendant bay be required to execute.

Title 18, United States Code, Section 3150, provides that if the defendant willfully fails to appear as required he shall incur a forfeiture of any security given or pledged; and in addition:

1. If the release was in connection with a charge of felony, or while awaiting sentence or pending appeal, he shall be fined not more than $5,000 or imprisoned not more than five years, or both.

2. If the charge was a misdemeanor, he shall be fined not more than the maximum provided for such misdemeanor or imprisoned for not more than one year, or both.

3. If the above release relates to an appearance of a material witness, the penalty for willfully failing to appear is a fine of not more tan $1,000 or imprisonment for not more than one year, or both.