UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | HON. WILLIAM H. WALLS |
| v. : | CRIMINAL NO. 09-137 |
| DAVID MORO : | |

ORDER FOR MODIFICATION OF BAIL

This matter having come before the Court on the application of defendant, David Moro, through his counsel, Kevin F. Carlucci, Esq., Assistant Federal Public Defender, and the United States, by Leslie Faye Schwartz, Assistant United States Attorney, appearing, for an Order modifying the bail and for good cause shown,

IT IS ON THIS 7th day of November, 2010

ORDERED that the Bail conditions previously set in this matter remain in full force and effect subject to the following conditions:

1) Travel is restricted to New Jersey and New York;

2) Defendant is to execute a waiver of any and all extradition;

3) Defendant is to surrender his passport and any other travel documents and is not to apply for new travel documents;

4) Defendant is to submit to home detention with electronic monitoring; Specifically the Court intends that the defendant is to wear an electronic monitor and pay the costs of the electronic monitor and the defendant shall be permitted to leave his residence for food shopping, employment or business, religious services, medical attention, attorney visits, court

appearances, subject to the defendant returning to his residence by midnight and subject to the defendant providing to Pretrial Services his daily itinerary prior to leaving his residence. Defendant may also leave his residence for any additional activities that may be pre-approved by Pretrial Services, also subject to defendant returning to his residence by midnight.

_____
HONORABLE WILLIAM H. WALLS
United States District Judge