UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | HON. WILLIAM H. WALLS |
| v. : | CRIMINAL NO. 09-137 |
| DAVID MORO : | |

### ORDER FOR MODIFICATION OF BAIL

This matter having come before the Court on the application of defendant, David Moro, through his counsel, Kevin F. Carlucci, Esq., Assistant Federal Public Defender, and the United States, by Leslie Faye Schwartz, Assistant United States Attorney, appearing, for an Order modifying the bail and for good cause shown,

IT IS ON THIS 20th day of December, 2010

ORDERED that the Bail conditions previously set in this matter remain in full force and effect except that the defendant may be away from his residence after midnight for employment only on condition that he provide Pretrial Services with proof of employment during those hours.

_____
HONORABLE WILLIAM H. WALLS
United States District Judge