UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA            :
                                    :        HON.  WILLIAM H. WALLS
                                    :
            v.                      :        CRIMINAL NO.  09-137
                                    :
DAVID MORO                          :        ORDER FOR TRAVEL

            This matter having come before the Court on the application of defendant, David Moro,

through his counsel, Kevin F. Carlucci, Esq., Assistant Federal Public Defender, and the United

States, by Leslie Faye Schwartz, Assistant United States Attorney, appearing, for an Order modifying

the bail and for good cause shown,

            IT IS ON THIS _8_ th day of March, 2011

            ORDERED that the defendant be permitted to travel to and remain at the home of his parents,

Anthony and Mary Moro, 184 Bird Pond Road, North Creek, New York from March 10, 2011 to

March 14, 2001.

            IT IS FURTHER ORDERED that defendant must report to Pretrial Services daily by phone

as directed by Pretrial Services while away from his residence.



HONORABLE WILLIAM H. WALLS
United States District Judge