UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | HON. WILLIAM H. WALLS |
| v. : | CRIMINAL NO. 09-137 |
| DAVID MORO : | ORDER FOR TRAVEL |

This matter having come before the Court on the application of defendant, David Moro, through his counsel, Kevin F. Carlucci, Esq., Assistant Federal Public Defender, and the United States, by Leslie Faye Schwartz, Assistant United States Attorney, appearing, for an Order modifying the bail and for good cause shown,

IT IS ON THIS 4th day of May, 2011

ORDERED that the defendant be permitted to travel to and remain at the home of his parents, Anthony and Mary Moro, 184 Bird Pond Road, North Creek, New York from May 6, 2011 to May 9, 2011.

IT IS FURTHER ORDERED that defendant must report to Pretrial Services daily by phone as directed by Pretrial Services while away from his residence.

_____
HONORABLE WILLIAM H. WALLS
United States District Judge