UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :

                             :      HON.  WILLIAM H. WALLS

                             :

           v.                :      CRIMINAL NO.  09-137

                             :

DAVID MORO                 :

ORDER

        This matter having come before the Court on the application of Pretrial Services for a hearing to address the defendant David Moro's alleged violations of his conditions of release, and the Court having heard argument by defendant David Moro, appearing *pro se*, and Lorraine Gauli-Rufo, Assistant Public Defender, appearing as standby counsel for defendant, and the United States, by Leslie Faye Schwartz, Assistant United States Attorney, appearing, and for good cause shown,

        IT IS ON THIS __1st__ th day of ~~July~~ August, 2011

        ORDERED that the all Bail conditions previously set in this matter remain in full force and effect subject to the following additional conditions:

        1) Defendant is directed to furnish Pretrial Services with a daily itinerary which contains a detailed summary of the address where he is going, whom he is going to meet, and the hours for each meeting or activity.  This detailed summary shall be provided no less than six hours before the time that defendant proposes to leave his residence.  These notice and detail requirements pertain to any and all reasons that defendant is permitted to leave the residence.

        2) Defendant is to provide verification to Pretrial Services of his earnings, which includes furnishing originals or copies of pay or consulting checks that he has received from any clients.

3)  Defendant's permitted reasons for leaving his residence shall be expanded to allow for visitation with his children in New York and New Jersey and regular exercise in the neighborhood of his residence.

_____
HONORABLE WILLIAM H. WALLS
United States District Judge